UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,                            Case No. 2:05:CR:12

v.

                                         HON. GORDON J. QUIST

DAVID JOSEPH STEINHAUSEN,

        Defendant.

_____/

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed July 1, 2005, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant David Joseph Steinhausen's plea of guilty to Counts One and Two of the Indictment is accepted. Defendant David Joseph Steinhausen is adjudicated guilty and bond will be revoked at the time of reporting.

3. Defendant David Joseph Steinhausen shall report to the United States Marshal in Marquette, Michigan, at **2:00 PM, Monday, August 1, 2005**. Defendant David Joseph Steinhausen shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: July 18, 2005                                            /s/ Gordon J. Quist
                                                                   GORDON J. QUIST
                                                        UNITED STATES DISTRICT JUDGE